UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CALVIN P. COOPMAN,

    Plaintiff,

v.                                            Case No. 2:14-cv-37
                                               HON. R. ALLAN EDGAR

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

Plaintiff filed this *pro se* action seeking review of an adverse decision of the Commissioner of Social Security. On April 23, 2014, a Notice Regarding Consent and Directing Filing of Briefs was entered, requiring Plaintiff to file his initial brief by May 28, 2014. The notice stated that failure to follow the briefing schedule may result in dismissal of the action. Plaintiff did not file a brief. On July 3, 2014, the undersigned issued an order requiring Plaintiff to file his brief by August 4, 2014. Plaintiff was warned that failure to file a brief may result in dismissal of this case for want of prosecution. Plaintiff has failed to file a brief as ordered by this Court. Accordingly, it is recommended that Plaintiff's complaint be dismissed in its entirety, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute.

NOTICE TO PARTIES: Objections to this Report and Recommendation must be served on opposing parties and filed with the Clerk of the Court within fourteen (14) days of receipt of this Report and Recommendation. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); W.D. Mich. LCivR 72.3. Failure to file timely objections constitutes a waiver of any further right to appeal.

*United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).  *See also Thomas v. Arn*, 474 U.S. 140 (1985).

      /s/ Timothy P. Greeley
TIMOTHY P. GREELEY
UNITED STATES MAGISTRATE JUDGE

Dated:   September 3, 2014