UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CALVIN P. COOPMAN,

                Plaintiff,        Case No. 2:14-cv-37
                                     HON. R. ALLAN EDGAR

v.

COMMISSINOER OF SOCIAL SECURITY,

                Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

      The Court has before it Magistrate Judge Timothy P. Greeley's Report and Recommendation ("R&R") dated September 3, 2014, which recommended that the *pro se* action seeking review of an adverse decision of the Commission of Social Security be dismissed in its entirety for failure to prosecute.

      Plaintiff has not objected to the R&R, therefore, **IT IS ORDERED** that the R&R is **APPROVED AND ADOPTED** as the Opinion of this Court (Docket #12) and that the Plaintiff's action is **DISMISSED** for failure to prosecute. A judgment consistent with this Order will be entered.

      **SO ORDERED.**


Dated:    10/8/2014                      */s/ R. Allan Edgar*
                                                              R. Allan Edgar
                                                               United States District Court Judge